

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
November 12, 2025
_____

NVB 7041–3 (Rev. 3/25)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

ROBERT TOWNSEND GUNN and JULIE
FARMER GUNN ,

                        Debtor(s)

VALERIE DIMAGGIO, et al,

                        Plaintiff(s)

vs

JULIE FARMER GUNN, et al,

                        Defendant(s)

BK–24–11950–nmc
CHAPTER 7

Adversary Proceeding: 24–01059–nmc

ORDER TO SHOW
CAUSE FOR DISMISSAL OF
ADVERSARY PROCEEDING FOR LACK
OF PROSECUTION

Hearing Date:      12/18/2025
Hearing Time:      9:30 AM

In accordance with LR 7041, any proceeding that has been pending in this court for more than one (1) year without any activity of record may be dismissed for want of prosecution. It appearing to the Court that the above–captioned adversary showed no activity from 2/11/2025 to present; therefore,

**IT IS ORDERED** that the Plaintiff and/or attorney for the Plaintiff in the above–entitled proceeding is directed to appear and show cause why this adversary proceeding should not be dismissed for lack of prosecution under LR 7041.

The hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

| | |
|---|---|
| Hearing Date: | 12/18/2025 |
| Hearing Time: | 9:30 am |
| Hearing Phone Number: | (833) 435–1820 |
| Hearing Meeting ID: | 161 166 2815 |
| Hearing Access Code: | 115788 |

Copies sent to all parties via BNC.

###