EVAN P. THALGOTT, ESQ
Nevada Bar No. 15658
**THALGOTT LAW, PLLC**
9205 West Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (725) 274-4624
Email: thalgott@thalgottlaw.com
*Attorney for Plaintiff*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | |
| ROBERT TOWNSEND GUNN, JULIE FARMER GUNN, | Case No.: 24-11950-NMC |
| Debtors. | Chapter 7 |
| | Adv. Proc. No. 24-01059-nmc |
| VALERIE DIMAGGIO | |
| Plaintiff, | |
| v. | |
| ROBERT TOWNSEND GUNN, JULIE FARMER GUNN, | |
| Defendants. | |

## STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE

1.     IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff VALERIE DIMAGGIO, by and through her counsel of record, Thalgott Law, PLLC, and Defendants ROBERT TOWNSEND GUNN and JULIE FARMER GUNN, by and through their counsel of record, David A. Rigi, Esq., that all claims asserted in the above-captioned action shall be, and hereby are, dismissed with prejudice.

THALGOTT LAW, PLLC
9205 WEST RUSSELL ROAD, SUITE 240
LAS VEGAS, NEVADA 89148
Telephone: (725) 274-4624

2.     Each party shall bear its own attorneys' fees and costs, except as otherwise provided in the parties' written settlement agreement.

DATED this 18th day of November, 2025.

| Respectfully submitted by: | Approved as to form and contact by: |
|---|---|
| **THALGOTT LAW, PLLC** | **DAVID A. RIGGI, ESQ.** |

| | |
|---|---|
| /s/ *Evan P. Thalgott* | /s/ *David A. Riggi* |
| Evan P. Thalgott, Esq. | David A. Rigi, Esq. |
| Nevada Bar No. 15658 | Nevada Bar No. 4727 |
| 9205 West Russell Road, Suite 240 | 7900 West Sahara Avenue, Ste. 100 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89117 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |