

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
November 19, 2025

EVAN P. THALGOTT, ESQ
Nevada Bar No. 15658
**THALGOTT LAW, PLLC**
9205 West Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (725) 274-4624
Email: thalgott@thalgottlaw.com
*Attorney for Plaintiff*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>ROBERT TOWNSEND GUNN, JULIE FARMER GUNN,<br><br>          Debtors.<br><br>―――――――――――――<br><br>VALERIE DIMAGGIO<br><br>          Plaintiff,<br><br>v.<br><br>ROBERT TOWNSEND GUNN, JULIE FARMER GUNN,<br><br>          Defendants. | Case No.: 24-11950-NMC<br><br>Chapter 7<br><br>Adv. Proc. No. 24-01059-nmc<br><br>**ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE** |

1.      Upon review of that stipulation separately filed and jointly submitted by the parties, and noting that one of the grounds asserted by Plaintiff in this adversary proceeding is, arguably, based on 11 U.S.C. 727, and further noting that Federal Rule of Bankruptcy Procedure 7041 requires a separate order of court to dismiss such an adversary proceeding, the above-captioned action shall be, and hereby is, dismissed with prejudice.

2.      This order shall be noticed to all required parties and shall be considered final if no objections to this order are filed within 30 days after entry.

3.      Each party shall bear its own attorneys' fees and costs, except as otherwise provided in the parties' written settlement agreement.

DATED this 18th day of November, 2025.

Respectfully submitted by:

**THALGOTT LAW, PLLC**

*/s/ Evan P. Thalgott*
Evan P. Thalgott, Esq.
Nevada Bar No. 15658
9205 West Russell Road, Suite 240
Las Vegas, Nevada 89148
*Attorney for Plaintiff*

Approved as to form and contact by:

**DAVID A. RIGGI, ESQ.**

*/s/ David A. Riggi*
David A. Rigi, Esq.
Nevada Bar No. 4727
7900 West Sahara Avenue, Ste. 100
Las Vegas, Nevada 89117
*Attorney for Defendants*

THALGOTT LAW, PLLC
9205 WEST RUSSELL ROAD, SUITE 240
LAS VEGAS, NEVADA 89148
Telephone: (725) 274-4624